SAMUEL W. NASH, APPELLANT, *v.* THE MANUFACTUR-
ERS AND TRADERS' BANK OF BUFFALO, RES-
PONDENT.

*Banking corporations — usury — person setting it up must allege payment of usurious
interest.*

APPEAL from a judgment in favor of defendant, entered upon
the report of a referee.

This action was brought under the act of 1870 (chap. 163),
amending the act, entitled "An act to authorize the business of
banking," passed April, 1838, to recover for money usuriously
exacted and received upon the discount of plaintiff's paper in the
defendant's bank.

The statute provides that the knowingly taking, receiving and
reserving or charging a rate of interest greater than seven per cent
per annum, " shall be held and adjudged a forfeiture of the entire
interest which the note, bill, or evidence of debt carries with it, or
which has been agreed to be paid thereon ; and in case a greater
rate of interest has been paid, the person or persons paying the
same, or their legal representatives, may recover back twice the
amount of the interest thus paid from the association taking or
receiving the same."

The referee found that the defendants discounted the plaintiff's
paper, as alleged in his complaint, and upon such discount charged
a rate of interest upon the several notes, checks and drafts, exceed-
ing seven per cent per annum in advance for the time such notes,
checks and drafts had to run ; and that the same was so charged
intentionally and for the purpose of obtaining such greater rate of
interest on the discount of such paper. But he did not find that
any of such paper had ever been paid by the plaintiff.

The court *held*, that the action was given to the person or persons
*paying such interest.* That it was essential, to make out the cause
of action given by this statute, that the plaintiff should have averred
and proved, in fact, that such interest had been paid by him, and
that upon this ground, for want of such proof, the referee might,
and the court presumed he did, dismiss the plaintiff's complaint.

*Joel L. Walker*, for appellant. *Sherman S. Rogers*, for respondent.

Present — E. D. SMITH, P. J., GILBERT and MERWIN, JJ.

Judgment affirmed.